## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

| | |
|---|---|
| U.S. COMPOSITE PIPE SOUTH, LLC, dba THOMPSON PIPE GROUP-FLOWTITE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 19-706 |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff U.S. Composite Pipe South, LLC, dba Thompson Pipe Group-Flowtite is not publicly held, nor does it have any parent corporation.

1